JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAOREN MA,<br><br>             Petitioner,<br><br>             v.<br><br>LORETTA E. LYNCH, ET AL.,<br><br>             Respondent. | Case No. EDCV 20-1219-JGB (KK)<br><br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Action,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: November 6, 2020

HONORABLE JESUS G. BERNAL
United States District Judge